UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Clifford Cummings,

    Plaintiff,

Vs.                                  Case No. 1:24-cv-01097-JCH-JFR

Estate of Forrest Burke Fenn,

    Defendant.

## NOTICE OF COMPLETION OF BRIEFING ON DEFENDANT'S AMENDED MOTION TO DISMISS AS BEING BARRED BY THE STATUTE OF LIMITATIONS

COMES NOW, Sommer Karnes & Associates, LLC (Karl H. Sommer), counsel for Defendant, pursuant to Rule D.N.M. LR-CV 7.4., and hereby notifies the Court of the completion of briefing on Defendant's Amended Motion to Dismiss as being Barred by the Statute of Limitations filed on November 4, 2025 (Doc. 28). Plaintiff failed to file his Response in Opposition to Defendant's Amended Motion pursuant to the Court's *sua sponte* Order dated October 30, 2025 (Doc. 27). The matter is now ripe for decision.

Respectfully submitted:

SOMMER KARNES & ASSOCIATES, LLP
Attorneys for Defendant

By: /s/ Karl H. Sommer
Karl H. Sommer
P.O. Box 2476
Santa Fe, New Mexico 87504-2476
(505) 989-3800
khs@sommerkarnes.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on December 22, 2025, I filed and served the foregoing Notice of Completion of Briefing to be placed in the United States First Class Mail, postage prepaid, to be served upon the following persons:

Clifford Robert Cummings
3021 Nebraska Drive
Unit 205
Bismarck, ND 58503

                                               /s/ Karl H. Sommer
                                               Karl H. Sommer
                                               khs@sommerkarnes.com
                                               125 Lincoln Ave, Suite 221
                                               Santa Fe, New Mexico 87501
                                               Telephone: (505) 989-3800