UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 0 9 2026

ERIK PALTROW
CLERK

CLIFFORD CUMMINGS,
    Plaintiff,

v.                     Case No.: 1:24-cv-01097-JCH-JFR

THE ESTATE OF FORREST BURKE FENN, et al.,
    Defendants.

_____/

NOTICE OF CHANGE OF ADDRESS

Plaintiff, Clifford Robert Cummings, proceeding pro se, hereby notifies the Court and all parties of his change of address. All future correspondence, filings, and notices should be directed to the following updated address:

Clifford Robert Cummings
General Delivery
San Diego, CA 92101

Plaintiff requests that the Court and opposing counsel update their records accordingly.

Dated: June 1, 2026

Respectfully submitted,

/s/ Clifford Cummings
Clifford Cummings, Plaintiff Pro Se
General Delivery
San Diego, CA 92101
716-222-2044
zawop888@gmail.com

EXHIBIT A

[True and Correct Copy of Anonymous Email from forrestfennsearchers@protonmail.com,
Received May 15, 2026]

# ◢ Gmail

Clifford <zawop888@gmail.com>

## The Wonka connection to the Thrill of the Chase

FennSearchers <forrestfennsearchers@protonmail.com>                    Fri, May 15, 2026 at 7:27 AM
To: "zawop@outlook.com" <zawop@outlook.com>, "zawop888@gmail.com" <zawop888@gmail.com>

Hello Mr. Cummings,

I'm writing you on behalf of several Forrest Fenn searchers. We've been discussing your case privately (never in public) for months now. Some of us have wanted to contact you but the rest did not. The vote finally went to the "contact him" side this week and I was selected to write to you.

It's a firm consensus in the group that there is a Willie Wonka component to the end of Forrest's hunt. There's just too much evidence supporting that this was a key part of Forrest's plan. Some think there's just one Charlie Bucket, some think there might be more than one.

That's the reason we think you should close your case against the Fenn estate. If you were close to the final solution, you may very well be "the" Charlie Bucket or at least "a" Charlie Bucket. We haven't seen much of your story so you certainly could have been right on target. The Willie Wonka tale was a morality play, Charlie Bucket was put to a test. Failing the test
meant you lost and got nothing. Suing Forrest's family is a certain fail, however suing but withdrawing it could be forgiven, just like Charlie and his Grandpa were forgiven in the Willie Wonka story. But letting the lawsuit flow to a judge's final order is a certain fail.

There's no upside for you to keep the case open regardless, so it's hard to find any positive for you with that scenario. You sued the estate well past the statute of limitations timeline and you provided nothing of legal significance that could override that very strict statute. It might stay in court much longer but it is certainly going to be dismissed. You have no upside in keeping it open, but the upside if you are Charlie Bucket? Amazing.

You could be Charlie Bucket. Imagine what that could mean. It would be so tragic if it's true and you let this lawsuit that has no legs destroy what could be such a magical moment for you.

Concerning the searchers that do not want you to close your case, I'll be honest and say I think the reason is that they want you to be eliminated as a candidate for Charlie Bucket. It's possible that Forrest may have made a list of potential Charlie Bucket candidates, and many think they are on that list. They feel you may still be eligible if you do close your case before the judge rules and they want you out off the list (in case you are ahead of them). I'm sure I'm not on the list to be Charlie Bucket so I really can't blame them for feeling that way. I might feel that way too if I thought I had a chance. It would be such an incredible moment for anyone who searched for Forrest's treasure. But that's not in the spirit of the Chase or in the spirit of the Willie Wonka story so the right thing is to contact you. What you do is up to you solely of course. But we have a responsibility to share what we've found and learned about the ending. Any searcher deserves that chance.

Honestly more than one of the folks in our group are quite pissed off at the ones who voted to contact you, and they'll be even more pissed off if you are indeed Charlie Bucket. But deep down I do think most of them understand that it is in the spirit of the Chase to contact you. I think they'll get over it no matter who it actually is. It's the Thrill of the Chase after all.

So there it is, we've done our duty. We firmly believe that the Chase should end in triumph, not in tragedy.

The rest is up to you.

From: more than a "few" Forrest Fenn searchers
(we got your email from the court record)

Sent with Proton Mail secure email.

Clifford Cummings
General Delivery
San Diego, CA 92187

RECEIVED
At Albuquerque, NM

JUN 0 9 2026

ERIK PAXTON
CLERK

Attn: Clerk of Court
ERIK V. Domenici United States Courthouse
333 Lomas Blvd NW, Suite 270
Albuquerque, NM 87102