UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Clifford Cummings,

     Plaintiff,

Vs.                                                           Case No. 1:24-cv-01097-JCH-JFR

Estate of Forrest Burke Fenn,

     Defendant.

### DEFENDANT PERSONAL REPRESENTATIVE ZOE OLD'S RESPONSE IN OPPSTION TO "PLAINTIFFS MOTION FOR SANCTIONS, A PROTECTIVE ORDER, EXPEDITED DISCOVERY AND FOR REFERRAL REGARDING EXTRAJUDICIAL INTIMIDATION"

COMES NOW Zoe Fenn Old ("Personal Representative") Personal Representative of the Estate of Forrest Burke Fenn (the "Estate"), by and through her undersigned counsel SOMMER KARNES & ASSOCIATES LLP (Karl H. Sommer) and submits her Response to Plaintiff's Motion for Sanctions, A Protective Order, Expedited Discovery and for Referral to Regarding Extrajudicial Intimidation. (Doc. 31) (the "Motion").

The Estate and its counsel are wholly without any information as to the claimed anonymous communications Plaintiff alleges he has or is receiving.  Neither the Estate, its counsel nor anyone acting in concert with them has communicated with Plaintiff about any matter except through the pleadings filed in this matter and direct emails to Plaintiff.  Whatever the substance of the anonymous communications might be, they have no connection with the Estate and no bearing on the matters pending before the Court.  The sole connection made by Plaintiff to the Estate is Plaintiff's baseless surmise that the Estate *must be* behind the communications because they point out that Plaintiff's claims are time barred, which is the same basis of the Estate's pending Amended Motion to Dismiss (Doc. 28).  Obviously, the Estate's position is publicly available to all the world.

In short, the Motion is misplaced, frivolous and largely incomprehensible, and none of the relief requested in the Motion should be afforded the Plaintiff.

> Sommer Karnes & Associates LLP
> Attorneys for Personal Representative
> Zoe Fenn Old
>
> By: /s/ Karl H. Sommer
> Karl H. Sommer
> khs@sommerkarnes.com
> P. O. Box 2476
> Santa Fe, New Mexico 87504
> Telephone: (505) 989-3800

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I filed and served the foregoing Response via United States First Class Mail, postage prepaid, upon the following persons:

Clifford Robert Cummings
General Delivery
San Diego, CA 92101

> /s/ Karl H. Sommer_____
> Karl H. Sommer
> khs@sommerkarnes.com
> P. O. Box 2476
> Santa Fe, New Mexico 87504
> Telephone: (505) 989-3800

2