## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

CLIFFORD ROBERT CUMMINGS,

    Plaintiff,

v.                                    Civil Case No. 1:24-cv-01097-JCH-JFR

THE ESTATE OF FORREST FENN,

    Defendant.

### **JUDGMENT**

This matter came before the Court upon Defendant Personal Representative Zoe Old's Amended Motion to Dismiss Complaint as Being Barred by the Statute of Limitations. Doc. 28. The Court has entered its Memorandum Opinion and Order Granting Defendant's Amended Motion to Dismiss and ordering the case be dismissed. Therefore, pursuant to Federal Rule of Civil Procedure 58(a), the Court issues its separate judgment finally disposing of this civil case in its entirety. It is hereby ordered that this civil action is dismissed with prejudice.

_____
SENIOR UNITED STATES DISTRICT JUDGE